No. 1377, Misc. TOTH *v.* CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 1351, Misc. FLOYD *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 1359, Misc. GLASS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1360, Misc. JACKSON *v.* NEW YORK. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied. *Thomas W. Brown* for petitioner.

No. 1366, Misc. BRUNJES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 714, Misc. TRINTA ET AL. *v.* SUPERIOR COURT OF PUERTO RICO ET AL. Supreme Court of Puerto Rico. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Vicente Geigel Polanco* for petitioners. *Fernando Ruiz-Suria* for respondents. *Solicitor General Cox, Charles Donahue, Bessie Margolin* and *Robert E. Nagle* filed a memorandum for the United States, as *amicus curiae.*

No. 1384, Misc. McKINNEY *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.